JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY PRINTS LLC, | Case No. CV 17-2785 FMO (JEMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| INTERNATIONAL FASHION TRENDS, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 17th day of July, 2017.

/s/
Fernando M. Olguin
United States District Judge